UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIO RASCON,

    Plaintiff,

    v.                    No. 1:15-CV-00280-KK-SCY

BAKED IN TESUQUE, LLC

    Defendant.

## ORDER

The parties having jointly filed notice of settlement and requested to be excused from further proceedings pending submission of dismissal documents, the Court hereby orders: the Status Conference set for 3:00 p.m. on September 10, 2015 is vacated. The parties shall submit closing documents to the Court by September 25, 2015.

                    /s/ Steven C. Yarbrough
                    Steven C. Yarbrough
                    United States Magistrate Judge

Approved as to Form:

-   Electronically Approved   -
Trent A. Howell, Counsel for Defendant
1600 Lena Street, Suite C-29
Santa Fe, New Mexico  87505
E-mail:  trent@trentahowell.com

-   Electronically Approved   -
Andrew Thomas Apodaca, Counsel for Plaintiff
Goldberg & Dohan LLP
4801 Lang NE, Suite 110
Albuquerque, NM 87109
E-mail: aapodaca@goldbergdohan.com